■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN CHRISTIE, Also Known as BRYAN CHRISTIE, Appellant.— Judgment, Supreme Court, Bronx County (Joseph Cerbone, J.), rendered on June 28, 1984, unanimously affirmed. Application by appellant for leave to file a supplemental brief denied. No opinion. Concur—Murphy, P. J., Sullivan, Ross and Rosenberger, JJ.